IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JOHNNY JUSTIN WILLIAMS<br><br>(2) JASHONDA JOI WILLIAMS | DOCKET NO. 3:24-cr-30-MOC<br><br>**BILL OF INDICTMENT**<br><br>Violations: 21 U.S.C. § 841(a)(1)<br><br>18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Distribution of Methamphetamine)*

On or about November 9, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(1) JOHNNY JUSTIN WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**COUNT TWO**
*(Possession of a Firearm by a Felon)*

On or about December 14, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

**(1) JOHNNY JUSTIN WILLIAMS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, those are, a Springfield, Model Hellcat, 9mm caliber pistol, and a FN, Model PS90, 5.7mm caliber rifle, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
*(Possession of a Firearm by a Felon)*

On or about December 14, 2023, in Gaston County, within the Western District of North Carolina, the defendant,

### (2) JASHONDA JOI WILLIAMS,

knowing that she had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 23, 40 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

(a)  All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
(b)  All property used or intended to be used in any manner or part to commit or facilitate such violations;
(c)  All firearms or ammunition involved or used in such violations; and
(d)  If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

(Remainder of page left intentionally blank)

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) Glock, Model 23, 40 caliber, pistol SN: HMT257 and all associated silencers, magazines and ammunition seized on or about December 14, 2023.

(b) Springfield, Model Hellcat, 9mm caliber pistol SN: BA265025 and all associated silencers, magazines and ammunition seized on or about December 14, 2023.

(c) FN, Model PS90, 5.7mm caliber, rifle SN: SNFN132381 and all associated silencers, magazines and ammunition seized on or about December 14, 2023.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*
BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY