Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ◯ YES  ⦿ NO

**DOCKET NUMBER:** 3:24-CR- 30-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs JOHNNY JUSTIN WILLIAMS, et al

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

- Magistrate Judge Case Number :
- Search Warrant Case Number :
- Miscellaneous Case Number :
- Rule 20b :

**SERVICE OF PROCESS** : ARREST WARRANTS

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

21 U.S.C. § 841(a)(1)

**JUVENILE:**  ◯ Yes  ⦿ No

**ASSISTANT U. S. ATTORNEY** : BRANDON L. BOYKIN

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)