# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. (1) Johnny J. Williams

Case Number: 3:24-cr-30-001

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 841(b)(1)(A) | NLT:10 years; NMT:Life | $10M fine; NLT 5 years supervised release |
| | | | NMT: 5 years imprisonment upon revocation SR |
| 2 | 18 USC 922(g) | | NMT 15 years: $250K; period of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only — No

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only — No

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?
* 18 U.S.C. 924(c) only — No

Brandish
Discharge

# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. (2) Jashonda J. Williams

Case Number: 3:24-cr-30-002

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 3 | 18 USC 922(g) | | NMT 15 years: $250K; period of SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only — No

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only — No

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?
* 18 U.S.C. 924(c) only — No

Brandish
Discharge